[No. 2671.]

RACHOFSKY & Co. v. BENSON.

*Appeal from the District Court of La Plata County.*

Mr. SOL. SHWAYDER and Mr. N. C. MILLER, for appellants.

Mr. F. C. PERKINS, Mr. B. W. RITTER, and Mr. ORLAND S. ISBELL, for appellee.

*Per Curiam.*—Action by appellants against appellee to recover the possession of personal property.

The facts in this·case are, in all respects, the same with those in *Rachofsky & Co. v. Benson,* No. 2063 *ante,* p. 173, and the same disposition will be made of the case.    *Judgment reversed.*